**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Gustavo Estrella POOT, Defendant–
Appellant.**

No. 07–40187
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 25, 2008.

Ernest Gonzalez, U.S. Attorney's Office Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Robert Gerard Arrambide, Federal Defender's Office Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gustavo Estrella Poot has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Poot has filed a response, asserting that counsel was ineffective. Our independent review of the record, counsel's brief, and Poot's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

---

the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Poot's motion to disqualify and appoint new counsel is DENIED.